**Dismissed and Memorandum Opinion filed October 13, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00337-CV

_____

**LORETTER BROCK, Appellant**

**V.**

**VERNA ROQUEMORE, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-77799**

## MEMORANDUM   OPINION

This is an appeal from a Judicial Finding of Fact and Conclusion of Law Regarding a Documentation or Instrument Purporting to Create a Lien signed December 17, 2010. Appellant's brief was originally due on or before May 27, 2011, but it was not filed.   This court ordered appellant to file her brief on or before June 28, 2011, or the appeal would be dismissed.   Appellant did not file a brief, but instead she filed a motion for extension of time, requesting an extension of time to file her brief until August 27, 2011.   The motion was granted, with a notation that no further extensions would be granted absent exceptional

circumstances.   Appellant again failed to file a brief or a further motion for an extension of time.

On September 15, 2011, this court again issued an order stating that unless appellant filed a brief and a motion reasonably explaining why the brief was late on or before September 30, 2011, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).   Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.